**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARIA ELROD, as Special Administrator of the Estate of KENNETH ELROD, deceased, and MARIA ELROD, ) ) ) | |
| ) | Case No. 06 C 2505 |
| Plaintiff, ) | |
| ) | Judge Darrah |
| v. ) | |
| ) | Magistrate Judge Brown |
| OFFICER EDWARD YERKE #1105, ) OFFICER ROGELIO PINAL #18921, ) OFFICER RONALD RODRIGUEZ 1 ) #15347, DETECTIVE GILLESPIE ) #20970, DETECTIVE BURKE #20652 ) and SGT. CIRONE, Individually, and ) the CITY OF CHICAGO, a Municipal ) Corporation, ) ) | |
| Defendants. ) | |

**MOTION FOR SUBSTITUTION**

NOW COMES, the Plaintiff, Maria Elrod, and hereby respectfully requests this Honorable Court to grant leave to Basileios J. Foutris to substitute his appearance for Gregory E. Kulis and Associates for Count XIV of the Amended Complaint, and in support thereof, provides as follows:

1.     The Plaintiff, Maria Elrod, is currently represented by Gregory E. Kulis and Associates for all pending claims in this matter.  The present matter includes a false arrest claim (Count XIV of the Amended Complaint) by the Plaintiff against Defendants Gillespie, Burke and Cirone.

2.     The undersigned, Basileios J. Foutris, now seeks leave to substitute his appearance solely for Plaintiff Maria Elrod's False Arrest claim (Count XIV of the Amended Complaint) against Defendants Gillespie, Burke and Cirone.

1

3.      Attorneys Gregory E. Kulis and Associates have no objection to this substitution.

WHEREFORE, the Plaintiff, Maria Elrod, respectfully requests this Honorable Court to grant Basileios J. Foutris leave to substitute his appearance for Count XIV of the Amended Complaint.

Respectfully submitted by,

s/ Basileios J. Foutris
BASILEIOS J. FOUTRIS,
FOUTRIS LAW OFFICE, LTD.
53 West Jackson, Suite 252
Chicago, Illinois 60604
(312) 212-1200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that that on September 30, 2008 the foregoing **MOTION FOR SUBSTITUTION** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF System, with Judge's courtesy copies being delivered, which will send notification of such filing to: Gregory E. Kulis at kulis_efiling@yahoo.com; Shehnaz I. Mansuri at smansuri@kulislawltd.com; David Steven Lipschultz at dlipschultz@kulislawltd.com; Ronak D. Patel at rpatel@kulislawltd.com; Kathleen Coyne Ropka at kropka@kulislawltd.com; Arlene Esther Martin at amartin@cityofchicago.org; Jordan E. Marsh at jmarsh@cityofchicago.org; Barrett Elizabeth Rubens at barrett.rubens@cityofchicago.org; Naomi Ann Avendano at navendano@cityofchicago.org; and J Ernest Mincy , III at emincy@cityofchicago.org.

s/ Basileios J. Foutris
BASILEIOS J. FOUTRIS,
FOUTRIS LAW OFFICE, LTD.
53 West Jackson, Suite 252
Chicago, Illinois 60604
(312) 212-1200