## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARIA ELROD, as Special Administrator of the Estate of Kenneth Elrod, deceased; and MARIA ELROD, | ) ) ) ) |
| Plaintiff, | ) Appeal from the United States ) District Court for the Northern |
| v. | ) District of Illinois, Eastern Division ) |
| OFFICER EDWARD YERKE (#1105); OFFICER ROGELIO PINAL (#18921); OFFICER RONALD RODRIGUEZ (#15347); DETECTIVE DANIEL GILLESPIE (#20970); DETECTIVE WILLIAM BURKE (#20652); and SERGEANT SAMUEL CIRONE, Individually; and the CITY OF CHICAGO, a Municipal Corporation, | ) No. 06 C 2505 ) ) The Honorable ) John W. Darrah, ) Judge Presiding ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Defendants OFFICER EDWARD YERKE, OFFICER ROGELIO PINAL, and the CITY OF CHICAGO, a Municipal Corporation, by their attorney, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgment of the United States District Court, Northern District of Illinois, Eastern Division, dated February 9, 2012 and entered February 13, 2012 (R. 208, 209), on the jury's verdict (R. 210); and the district court's order denying the defendants' motion for judgment notwithstanding the verdict, or in the alternative, for a new trial, and awarding costs, dated August 24, 2012 and entered August 27, 2012 (R. 252, 253).

By this appeal, defendants OFFICER EDWARD YERKE, OFFICER ROGELIO PINAL, and the CITY OF CHICAGO, a Municipal Corporation, will ask the court of appeals to reverse the judgment and orders of the district court and grant such other relief as they may be entitled to on this appeal.

Respectfully submitted,

s/ Jordan Marsh
Attorney for Defendants
30 North LaSalle Street
Suite 900
Chicago, IL 60602
(312) 744-5106
Atty. No. 6216489

## CERTIFICATE OF SERVICE

      The foregoing NOTICE OF APPEAL has been electronically filed on September 24, 2012. I certify that I have caused the foregoing NOTICE OF APPEAL to be served on all counsel of record via CM/ECF electronic notice on September 24, 2012.

                              By:    s/Jordan Marsh
                                      Attorney for Defendants
                                      30 North LaSalle Street,
                                      Suite 900
                                      Chicago, IL 60602
                                      (312) 744-5106