IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARIA ELROD**, as Special Administrator of the Estate of KENNETH ELROD, deceased, and MARIA ELROD, ) ) ) ) | |
| Plaintiff, ) | Case No. 06 C 2505 |
| ) | |
| v. ) | Judge Darrah |
| ) | |
| ) | Magistrate Judge Brown |
| **OFFICER EDWARD YERKE #1105, OFFICER ROGELIO PINAL #18921, OFFICER RONALD RODRIGUEZ #15347, DETECTIVE GILLESPIE #20970, DETECTIVE BURKE #20652** and **SGT. CIRONE**, Individually, and the **CITY OF CHICAGO**, a Municipal Corporation, ) ) ) ) ) ) ) ) | |

### STIPULATION AS TO JUDGMENT, ATTORNEY'S FEES, COSTS AND APPEAL

It is hereby stipulated and agreed by and between the parties in this cause by and through their respective attorneys of record with regard to the judgment entered in this cause, attorney's fees and costs:

1. The judgment entered in favor of plaintiffs, Maria Elrod as special administrator of the Estate of Kenneth Elrod, deceased and Maria Elrod, individually, in the amount of $1,350,000 shall be reduced to $925,000 and paid in full satisfaction by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102 within sixty days of the entry of a dismissal order pursuant to this stipulation.

2. Judgment for attorney's fees and costs of plaintiffs' counsel pursuant to 42 U.S.C. §1988 is entered in the amount of $403,269.68, as previously stipulated by the parties (Docket ## 247 and 262) and ordered by the Court (Docket # 252) and shall be

paid in full satisfaction by the City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102 within sixty days of the entry of a dismissal order pursuant to this stipulation.

       3.      Defendants shall dismiss the appeal of this cause No.12-3181 before the United States Court of Appeals for the Seventh Circuit.

| | |
|---|---|
| /s/ Gregory E. Kulis | /s/ Jordan E. Marsh |
| Attorney for Plaintiffs | Attorney for Defendants |
| Gregory E. Kulis and Associates | City of Chicago Law Department |
| 30 N. LaSalle Street | 30 N. LaSalle Street |
| Suite 2140 | Suite 900 |
| Chicago, Illinois 60602 | Chicago, Illinois 60602 |