**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **MARIA ELROD, as Special Administrator of the Estate of KENNETH ELROD, deceased, and MARIA ELROD,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**OFFICER EDWARD YERKE #1105, OFFICER ROGELIO PINAL #18921, OFFICER RONALD RODRIGUEZ #15347, DETECTIVE GILLESPIE #20970, DETECTIVE BURKE #20652 and SGT. CIRONE, Individually, and the CITY OF CHICAGO, a Municipal Corporation,** )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 06 C 2505<br><br>Judge Darrah<br><br>Magistrate Judge Brown |

**AGREED ORDER**

This matter coming before the court on the stipulation of the parties of record in this cause, the court having reviewed the stipulation as to the Judgment, Attorney's Fees and Costs and being advised,

IT IS ORDERED:

1. The judgment entered in favor of plaintiffs, Maria Elrod as special administrator of the Estate of Kenneth Elrod, deceased and Maria Elrod, individually, in the amount of $1,350,000 shall be reduced to $925,000 and paid in full satisfaction by City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102 within sixty days of the entry of this order.

2. Judgment for attorney's fees and costs of plaintiffs' counsel pursuant to 42 U.S.C. §1988 is entered in the amount of $403,269.68, as previously stipulated by the parties (Docket ## 247 and 262) and ordered by the Court (Docket # 252) and shall be

paid in full satisfaction by City of Chicago as indemnitor pursuant to 745 ILCS 10/9-102 within sixty days of the entry of this order.

    3.    Defendants shall dismiss the appeal of this cause No.12-3181 before the United States Court of Appeals for the Seventh Circuit.

ENTER: _____
JUDGE JOHN W. DARRAH
United States District Court
12/12/12

Jordan E. Marsh
Attorney for Defendants
City of Chicago Law Department
30 N. LaSalle Street, Suite 900
Chicago, Illinois 60602