# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 3, 2013

| No.: 12-3181 | MARIA ELROD, as Special Administrator of Estate of Kenneth Elrod, deceased., <br> Plaintiff - Appellee <br><br> v. <br><br> EDWARD YERKE, Officer, Star #1105, et al., <br> Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:06-cv-02505 <br> Northern District of Illinois, Eastern Division <br> District Judge John W. Darrah ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on January 3, 2013, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit